KUMIN SOMMERS LLP
Stephen A. Sommers, SBN 225742
Samantha R. Nilsen, SBN 264919
870 Market Street, Ste. 428
San Francisco, CA 94102
(415) 434-4500 (Tel.)
(415) 434-8453 (Fax)
info@kuminsommers.com

Attorneys for Plaintiff
Jaime Sison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME SISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WSP FLACK + KURTZ, INC. d.b.a. WSP FLACK & KURTZ, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 3:12-cv-00396-NC**<br><br>Stipulation and ~~[Proposed]~~ Order of Dismissal of Complaint with Prejudice Pursuant to FRCP 41(a)(1)(ii) |

WHEREAS, Plaintiff Jaime Sison ("Plaintiff"), through his successor in interest and WSP Flack + Kurtz, Inc. d.b.a. WSP Flack & Kurtz, Inc. ("Defendant") (together, the "Parties") resolved the conflicts at issue which led to the instant case;

NOW THEREFORE, the Parties hereby jointly and respectfully request the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), discontinue and dismiss with prejudice the above-titled action as to all parties, with each party bearing its own fees and costs, except as otherwise provided in any agreement entered into between the parties.

Dated: February 28, 2012

KUMIN SOMMERS LLP

Samantha R. Nilsen
Attorney for Plaintiff

LITTLER MENDELSON, P.C.

Robert L. Zalatel
Attorney for Defendant

Case3:12-cv-00396-NC Document12 Filed03/12/12 Page3 of 3

**[~~PROPOSED~~ ORDER]**

Having been advised by the Parties that this matter has resolved, the matter of Sison v. WSP Flack + Kurtz, Inc. d.b.a. WSP Flack & Kurtz, Inc., et al., United States District Court, Northern District of California, Case No. 3:12-cv-00396-NC, is hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: March 12, 2012

Magistrate Judge Nathanael M. Cousins
United States District Court

Kumin Sommers LLP

- 3 -

*Sison v. WPA Flack + Kurtz, Inc.* USDC-Northern District of CA Case No. 3:12-cv-00396-NC
STIPULATION OF DISMISSAL WITH PREJUDICE